# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO. 3:08cv108-MCR/MD

DON BILLY CHILDERS

**REFERRAL AND ORDER**

Referred to Judge Rodgers on <u>05/21/2008</u>
Type of Motion/Pleading <u>CONSENT JUDGMENT</u>
Filed by: <u>Plaintiff</u>         on <u>5/21/08</u>   Doc. No. _____

( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                      on _____ Doc. No. _____
                                      on _____ Doc. No. _____
                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      *s/Donna Bajzik*
                                      Deputy Clerk: Donna Bajzik

**ORDER**

    On May 15, 2008, plaintiff submitted for docketing a Consent Judgment it signed on May 15, 2005, and plaintiff signed on April 30, 2008. On May 16, 2008, the clerk entered a default against defendant. The Consent Judgment has not yet been docketed.

    In light of the circumstances just described, pursuant to Fed.R.Civ.P. 55(c) there is good cause to set aside the entry of default. The entry of default is therefore VACATED and the clerk is directed to enter the Consent Judgment.

    DONE and ORDERED this 21st day of May, 2008.

                                              *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**